William L. BYARD, Jr., as Personal Representative and surviving son of the Estate of William Lee Byard; Carrie L. Byard, surviving daughter of William Lee Byard; Robert L. Byard, surviving son of William Lee Byard, Plaintiffs-Appellants,

v.

HONEYWELL INTERNATIONAL, INC., Defendant-Appellee.

No. 17-1042

United States Court of Appeals, Fourth Circuit.

Submitted: June 27, 2017

Decided: July 6, 2017

Gary J. Ignatowski, Jeffrey J. Utermohle, Patrick A. Ciociola, LAW OFFICES OF PETER G. ANGELOS, P.C., Baltimore, Maryland, for Appellants. Michael D. Daneker, Eric A. Rey, ARNOLD & PORTER KAYE SCHOLER LLP, Washington, D.C., for Appellee.

Before GREGORY, Chief Judge, and DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William L. Byard, Jr., Carrie L. Byard, and Robert L. Byard appeal the district court's order dismissing the complaint based on this court's recent decision in *Leichling v. Honeywell Int'l, Inc.*, 842 F.3d 848 (4th Cir. 2016). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Byard v. Honeywell Int'l, Inc.*, No. 1:16-cv-00755-ELH, 2016 WL 7212542 (D. Md. Dec. 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*